UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO SOLIS, | 1: 07 CV 00221 OWW  WMW HC |
| Petitioner, | ORDER DENYING MOTION FOR STAY |
| | [Doc. 10] |
| v. | |
| J. YATES, | |
| Respondent. | |

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On April 10, 2007, Petitioner filed a motion for a stay of this action, claiming that prison authorities have stated that they cannot provide him with his legal materials for three months.  Petitioner states that without these materials, he will be unable to draft a traverse to Respondent's answer.

    Respondent's answer has not yet been filed.  The court therefore finds any claim that Petitioner will not be able to file a timely traverse to be purely speculative.  Accordingly, Petitioner's motion for a stay is HEREBY DENIED without prejudice to Petitioner's right to file

1 another motion for a stay after the answer is filed, should he be impeded from timely filing his
2 traverse.
3
4
5 IT IS SO ORDERED.
6 Dated:   May 22, 2007                              /s/  William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE