UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO SOLIS, | 1: 07 CV 00221 OWW  WMW HC |
| Petitioner, | ORDER GRANTING MOTION TO FILE AMENDED PETITION  [Doc. 17] |
| v. | ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR A STAY [Doc. 25] |
| J. YATES, | |
| Respondent. | |

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On June 11, 2007, Petitioner filed a motion to amend his petition, and lodged his proposed amended petition.  Petitioner states on the first page of his amended petition that the only change to the original petition is the addition of Ground Eleven.  The proposed amended petition lodged with the court contained proof of service of both the motion to amend and the proposed amended petition on Respondent.  However, Respondent states in an inquiry filed with the court on July 18, 2007, that he did not receive either the motion or the proposed amended petition..  Respondent filed an answer to the original petition on August 21, 2007.

1  On September 4, 2007, Petitioner filed a request for a stay, seeking an extension of time to file his traverse to Respondent's answer, explaining that he does not currently have access to his legal materials.

.

In light of the above, IT IS HEREBY ORDERED as follows:

1) Petitioner's motion to amend the petition [Doc. 17] is HEREBY GRANTED;

2) The Clerk of the Court is directed to FILE the amended petition lodged with the court on June 11, 2007;

3) Respondent is GRANTED thirty (30) days from the date of service of this order to file an amendment to his answer, addressing only Petitioner's eleventh ground for relief, found at pages 42 - 44 of the amended petition.

4) Petitioner is GRANTED thirty (30) days from the date of service of Respondent's amendment to his answer to file his traverse to both the original answer and the amendment.

5) Petitioner's motion for a stay [Doc. 25] filed September 4, 2007, is HEREBY DENIED without prejudice to Petitioner's moving for an additional extension of time to file his traverse should such a need arise.

IT IS SO ORDERED.

Dated:   **September 19, 2007**          /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE